IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSHUA SHAFFER,<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>Defendant. | 4:24CV3102<br><br>**AMENDED FINAL PROGRESSION ORDER** |

IT IS ORDERED that the parties' joint motion to extend the progression order is granted. (Filing No. 22). The final progression order is amended as follows:

1) The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings will be held as previously scheduled with the undersigned magistrate judge on **July 23, 2025** at **10:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference. (Filing No. 19).

2) The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is January 9, 2026. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by February 13, 2026.

   **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

3) The deadlines for identifying expert witnesses and completing expert disclosures for all experts expected to testify at the trial, (both retained

experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    For the plaintiff(s):    October 24, 2025.

    For the defendant(s):    November 26, 2025.

4) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is January 23, 2026.

5) The deadline for filing motions to dismiss and motions for summary judgment is March 27, 2026.

6) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is March 13, 2026.

7) Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

8) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

9) Deadlines not specifically amended by this order are unchanged. All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 17th day of April, 2025.

BY THE COURT:

s/ Ryan C. Carson

United States Magistrate Judge