IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSHUA SHAFFER, | |
| Plaintiff, | **4:24CV3102** |
| vs. | |
| UNION PACIFIC RAILROAD COMPANY, | **THIRD AMENDED PROGRESSION ORDER** |
| Defendant. | |

IT IS ORDERED that the parties' joint motion to extend the progression order is granted. (Filing No. 43). The final progression order is amended as follows:

1) The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings set for April 10, 2026 is **continued** and will be reset be separate order.

2) The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is March 9, 2026. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by July 13, 2026.

   **Note:** A discovery motion (including a motion to compel, to quash, or for a disputed protective order, or any motion regarding the scope and production of ESI) cannot be filed without first: a) thoroughly discussing the issue with opposing counsel in good faith (NECivR 7.1(j)); and then b) contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute. The failure to contact the court prior to filing a discovery motion may result in an order striking the motion.

3)    The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is July 22, 2026.

4)    The deadline for filing motions to dismiss and motions for summary judgment is September 24, 2026.

5)    The deadline for filing motions to exclude testimony on *Daubert* and related grounds is September 10, 2026.

6)    Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

7)    The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

8)    Deadlines not specifically amended by this order are unchanged. All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 8th day of April, 2026.

BY THE COURT:

s/ Ryan C. Carson

United States Magistrate Judge