IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JOSHUA SHAFFER,

Plaintiff,

vs.

UNION PACIFIC RAILROAD COMPANY,

Defendant.

**4:24CV3102**

**FOURTH AMENDED PROGRESSION ORDER**

IT IS ORDERED that the parties' joint motion to extend the progression order is granted. (Filing No. 47). The final progression order is amended as follows:

1) The trial and pretrial conference will not be set at this time. The trial setting call set for September 29, 2026, at 11:00 a.m. is **continued** and will be held before Magistrate Judge Ryan C. Carson on December 1, 2026, at 11:00 a.m. Counsel shall use the case conference instructions assigned to this case to participate in the call. (Filing No. 19).

2) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is September 21, 2026.

3) The deadline for filing motions to dismiss and motions for summary judgment is November 23, 2026.

4) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is November 9, 2026.

5) Motions in limine shall be filed twenty-eight days before trial. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

6) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

7) Deadlines not specifically amended by this order are unchanged. All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 22nd day of July, 2026.

BY THE COURT:

s/ Ryan C. Carson

United States Magistrate Judge